**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MATTIE SCHONFELD,

                Plaintiff,                          21 **CIVIL** 6053 (JW)

       -v-                                **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2023, Plaintiff's motion is GRANTED, the Commissioner's motion is DENIED, and the case is remanded for further proceedings.

**Dated:**  New York, New York
         March 27, 2023

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                     **BY:**      *K. Mango*

                                                      **Deputy Clerk**